UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-60186-LEIBOWITZ

UNITED STATES OF AMERICA

v.

JOSHUA WEINSTEIN,

    Defendant.
_____/

**NOTICE ON FORFEITURE**

The United States of America (the "United States"), by and through the undersigned Assistant United States Attorney, hereby files this notice on forfeiture. The United States is not pursuing federal judicial forfeiture at this time.

Respectfully submitted,

**HAYDEN P. O'BYRNE**
**UNITED STATES ATTORNEY**

By:   *s/ Eloisa D. Fernandez*
Eloisa D. Fernandez
Assistant United States Attorney
Florida Bar No. 999768
99 N.E. 4th Street
Miami FL, 33132-2111
Telephone: (305) 961-9025
E-mail: Eloisa.D.Fernandez@usdoj.gov